**Dominic V. BURTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 75494.**

Missouri Court of Appeals,
Western District.

Sept. 17, 2013.

Motion for Rehearing and/or Transfer to the Supreme Court Denied Oct. 29, 2013.

Application for Transfer Denied Dec. 24, 2013.

Rebecca L. Kurz, Mission, KS, for Appellant.

Chris Koster, Attorney General, Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division III: LISA WHITE HARDWICK, Presiding Judge, and THOMAS H. NEWTON and MARK D. PFEIFFER, Judges.

**Order**

PER CURIAM:

Dominic Burton appeals the judgment of the Circuit Court of Jackson County, Missouri, denying his motion for post-conviction relief pursuant to Rule 29.15 following an evidentiary hearing. We affirm in this *per curiam* order. Because a published opinion would have no precedential value, a memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).